DOA: 8-23-24

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>Justin Charles DECKER,<br><br>      Defendant. | Case No.  24-mj-08729-LR<br><br><u>COMPLAINT FOR VIOLATION OF</u><br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens (Felony) |

The undersigned complainant being duly sworn states:

On or about August 23, 2024, within the Southern District of California, defendant Justin Charles DECKER, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, Gustavo CRUZ-Garcia, Catarina RODRIGUEZ-Trinidad, and Delfina VILLEGA-Cortez, had come to, entered or remained in the United States in violation of law, did transport or move, or attempt to transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

*Fernando Quiroz*
FERNANDO QUIROZ
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 26th day of August, 2024.

HON. LUPE RODRIGUEZ, JR.
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
     v.
Justin Charles DECKER

**PROBABLE CAUSE STATEMENT**

I, Border Patrol Agent John A. Valdez, declare under penalty of perjury, the following is true and correct:

This complaint is based upon statements in the investigative report by Border Patrol Agent (BPA) R. Vargas that on August 23, 2024, Justin Charles DECKER (DECKER), a United States Citizen, was arrested near Niland, California while transporting three non-citizens in violation of Title 8, United States Code, Section 1324 (a)(1)(A)(ii).

On August 23, 2024, Border Patrol Agent (BPA) R. Vargas, was assigned to the Highway 111 Checkpoint near Niland, California of the Indio Border Patrol Station's Area of Responsibility along with BPA C. Casillas, BPA X. Zheng and BPA R. Vega.

At approximately 5:20 a.m., BPA Vargas, who was working primary inspection duties, had a gray 2015 Honda Civic (Civic) bearing Arizona license plates approach the primary inspection area. BPA Vargas noticed a male driver, later identified as Justin Charles DECKER, and a female front passenger, later identified as Stephanie Marie REYES, as the Civic attempted to roll past him with the window rolled up. BPA Vargas signaled to the driver with his hand to stop. DECKER complied and rolled his window down. BPA Vargas identified himself as a United States Border Patrol Agent and questioned DECKER and REYES as to their citizenship. DECKER and REYES both

3

stated that they were United States citizens. The back seat windows were tinted, and BPA Vargas asked if DECKER could roll down the windows to see if DECKER had additional passengers. DECKER rolled down the windows and BPA Vargas noticed three passengers sleeping in the back seat. BPA Vargas asked who the passengers in the back seat were and DECKER said they were relatives of REYES. BPA Vargas asked DECKER for identification. DECKER provided BPA Vargas with an Arizona Driver License. BPA VARGAS walked to the back of the Civic to identify the license plate and confirm it on the law enforcement database. BPA Vargas referred the Civic to the secondary inspection area for further inspection and interview. BPA VARGAS began to escort the Civic to secondary and the Civic slowly followed. As the Civic was approaching the parking area in secondary inspection, the Civic fled.

BPA Vargas alerted to other Border Patrol Agents that the Civic absconded from the checkpoint. BPA Casillas immediately left the checkpoint in his assigned and fully marked Border Patrol vehicle in an attempt to catch up to the Civic. BPA Vega, BPA Rodriguez and BPA Zheng also responded to the area. BPA Casillas caught up to the Civic just south of Bombay Beach and noticed that the plate matched the one that BPA Vargas transmitted on the radio. BPA Casillas notified Sector Communications (840) of a vehicle stop and activated his emergency lights and sirens approximately one mile north of Bombay Beach. The Civic began to slow down and eventually came to a stop. BPA Casillas ordered the driver (DECKER) to roll his window down, turn off the vehicle and throw the keys out the window, to which he complied. BPA Casillas approached the

driver side of the vehicle, removed DECKER from the driver's seat and placed him in handcuffs.

As BPA Casillas was attending to DECKER, BPA Rodriguez approached the vehicle and identified himself as a United States Border Patrol agent to the three rear passengers. BPA Rodriguez questioned the three passengers as to their citizenship and determined that all three were citizens of Mexico illegally present in the United States. All three subjects were placed under arrest and transported to the Border Patrol checkpoint for further processing. DECKER was placed under arrest for 8 USC 1324 Alien Smuggling. REYES was dropped from the case.

CRUZ stated he is from Mexico. CRUZ stated he was going to pay $10,000 USD. CRUZ stated he got in the back seat area of the vehicle. CRUZ stated he and did not have any communication with the driver or passenger.

VILLEGA is a citizen and national of Mexico with no documents to be in the United States legally. VILLEGA stated that the smuggler was going to charge her sister $200,000.00 Mexican pesos. VILLEGA stated her intended destination was Oxnard, CA. VILLEGA stated that they were instructed to get in the vehicle and sit down in the back seats. VILLEGA positively identified Justin Charles DECKER as the driver of the vehicle.

RODRIGUEZ was not interviewed due to there not being an interpreter for the Mixteco language.

The complainant states the name of the Material Witness is as follows:

5

| NAME | PLACE OF BIRTH |
|---|---|
| Gustavo CRUZ-Garcia | Mexico |
| Delfina VILLEGA-Cruz | Mexico |
| Catarina RODRIGUEZ-Trinidad | Mexico |

Further, complainant states that the Material Witnesses are citizens of countries other than the United States; that said aliens have admitted that they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

Executed on August 23, 2024, at 6:15 PM.

*John A Valdez*
JOHN A. VALDEZ
BORDER PATROL AGENT

On the basis of the facts presented in the Probable Cause Statement consisting of four pages, I find probable cause to believe that the defendant named in this Probable Cause Statement committed the offense on August 23, 2024, in violation of Title 8, United States Code 1324.

*David Leshner*                                   August 24, 2024 at 12:19 a.m.
HON. DAVID D. LESHNER                                      Date/Time
U. S. MAGISTRATE JUDGE